HENRIETTA DUFFY, as Administratrix of the Estate of BERNARD DUFFY, Deceased, Respondent, *v.* ITALO AMERICAN TRUCKING CORPORATION, Appellant, Impleaded with Another.

(Argued January 24, 1933; decided February 28, 1933.)

*James I. Cuff* and *Thomas P. O'Malley* for appellant.

*Frank L. Tyson* and *Victor Deutsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE and CROUCH, JJ.